#### 43416. ZAPPA v. EWING et al.

PER CURIAM. Defendant Zappa took this appeal from the judgment of the trial court denying his motion to add Allstate Insurance Company as a party defendant. This motion did not attempt to assert a third party claim against Allstate under Code Ann. § 81A-114 (Ga. L. 1966, pp. 609, 627). The judgment appealed from was not a final judgment or one which would have been final if rendered as contended for by appellant. Code Ann. § 6-701 (Ga. L. 1965, p. 18); *Smith v. Winer,* 219 Ga. 738 (135 SE2d 892). It follows that the appeal must be

*Dismissed. Bell, P. J., Hall and Quillian, JJ., concur.*

SUBMITTED FEBRUARY 6, 1968—DECIDED MARCH 5, 1968.

*Preston L. Holland,* for appellant.

*Gambrell, Russell, Moye & Killorin, Edward W. Killorin, David A. Handley, H. B. Thompson,* for appellees.